UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 3:17-CR-00066 |
| ) | CHIEF JUDGE CRENSHAW |
| CASON EUGENE MORELAND, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF PARTIAL SATISFACTION OF JUDGMENT

The United States hereby notifies the Court that the Money Judgment in the amount of $13,500 entered at Docket Entry 66 in this matter has been reduced by the $6,100 substitute asset forfeited on May 5, 2022. (D.E. 93: Final Order of Forfeiture). The referenced Money Judgment was previously recorded in Davidson County Register of Deeds on August 13, 2018, at Instrument Number 20180813-0079867. The Money Judgment is, therefore, partially released and discharged by $6,100, leaving a remaining balance of $7,400 as of August 25, 2022.

Respectfully submitted,

MARK H. WILDASIN
United States Attorney for the
Middle District of Tennessee

By: /s J. Matthew Blackburn
J. MATTHEW BLACKBURN
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615-736-5151
Email: matt.blackburn@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of August 2022, a copy of the foregoing Notice of Partial Satisfaction of Judgment was filed electronically. Notice of this filing will be sent to Peter J. Strianse via email to pstrianse@tewlawfirm.com by operation of the Court's electronic filing system. Notice of this filing will also be sent via first class mail to:

Casson Moreland
5528 Stonefield Dr.
Smyrna, TN 37167-8436

                                      /s J. Matthew Blackburn
                                      J. MATTHEW BLACKBURN